**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48677-JBS |
| | § | |
| LUISA GARCIA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/28/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/29/2012          By:   /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48677-JBS |
| | § | |
| LUISA GARCIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,688.00
*and approved disbursements of*     $467.51
*leaving a balance on hand of[1]:*     $5,220.49

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,220.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,272.05 | $0.00 | $1,272.05 |
| David P. Leibowitz, Trustee Expenses | $1.00 | $0.00 | $1.00 |

Total to be paid for chapter 7 administrative expenses:     $1,273.05
Remaining balance:     $3,947.44

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $3,947.44 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $3,947.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $51,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Heritage Pacific Financial, L.L.C. | $51,000.00 | $0.00 | $3,947.44 |

|  | Total to be paid to timely general unsecured claims: | $3,947.44 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

**UST-Form 101-7-NFR (5/1/2011)**

full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                 Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Luisa Garcia  
    Debtor

Case No. 11-48677-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: wepps      Page 1 of 2      Date Rcvd: May 30, 2012  
                      Form ID: pdf006     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2012.
```
db            +Luisa Garcia,    2139 North Avers,    Chicago, IL 60647-3421
18925150       CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
18129305       Citifinancial,    Bsp13A,    Baltimore, MD 21202
18129306       Citifinancial,    Citifinancial/Attn: Bankruptcy Dept PO B,    Irving, TX 75014
18129307      +City Ntl Bk/ocwen Loan Service,    1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
18129308      +City Ntl Bk/ocwen Loan Service,    Attn: Bankruptcy 1661 Worthington Rd. Su,
                West Palm Beach, FL 33409-6493
18129310      +Heritage Pacific Finan,    2200 Avenue K Ste 100,    Plano, TX 75074-5993
18753357      +Heritage Pacific Financial, L.L.C.,    2200 K Avenue,    Suite 200,    Plano, TX 75074-5970
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18129309       E-mail/Text: cio.bncmail@irs.gov May 31 2012 02:47:22     Department of the Treasury,
                Internal Revenue Services,    Austin, TX 73302-0021
18129311       E-mail/Text: cio.bncmail@irs.gov May 31 2012 02:47:22     Internal Revenue Services,
                230 South Dearborn,    Stop 5016 CHI,    Chicago IL 60604
                                                                                             TOTAL: 2
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2012**                       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 2 of 2              Date Rcvd: May 30, 2012
                              Form ID: pdf006          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Manuel A. Cardenas    on behalf of Debtor Luisa Garcia manuelantonio_cardenas@yahoo.com,
           mac.cardenaslaw@att.net,    edwinusa@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 3