UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-48677-JBS |
| | § | |
| LUISA GARCIA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,930.00 |
| Total Distributions to Claimants: | $3,947.44 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,273.05 | | |

3)      Total gross receipts of $5,688.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $467.51 (see **Exhibit 2),** yielded net receipts of $5,220.49 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,273.05 | $1,273.05 | $1,273.05 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $261,473.00 | $51,000.00 | $51,000.00 | $3,947.44 |
| **Total Disbursements** | $261,473.00 | $52,273.05 | $52,273.05 | $5,220.49 |

4).  This case was originally filed under chapter 7 on 12/02/2011.  The case was pending for 10 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2012                    By:   /s/ David P. Leibowitz
                                                   Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $5,688.00 |
| **TOTAL GROSS RECEIPTS** | | $5,688.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Luisa Garcia | Exemptions | 8100-002 | $467.51 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $467.51 |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,272.05 | $1,272.05 | $1,272.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.00 | $1.00 | $1.00 |
| Green Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,273.05 | $1,273.05 | $1,273.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Heritage Pacific Financial, L.L.C. | 7100-000 | $51,000.00 | $51,000.00 | $51,000.00 | $3,947.44 |
| | Citifinancial | 7100-000 | $6,473.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| City Ntl Bk/ocwen Loan Service | 7100-000 | $204,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $261,473.00 | $51,000.00 | $51,000.00 | $3,947.44 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 11-48677-JBS | |
| **Case Name:** | GARCIA, LUISA | |
| **For the Period Ending:** | 10/18/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 12/02/2011 (f) |
| **§341(a) Meeting Date:** | 01/18/2012 |
| **Claims Bar Date:** | 04/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 | cash on hand | $30.00 | $0.00 | | $0.00 | FA |
| 2 | Banking account average | $1,300.00 | $0.00 | | $0.00 | FA |
| 3 | Household furniture | $1,400.00 | $0.00 | | $0.00 | FA |
| 4 | Necessary clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | 1998 Ford Winstar | $1,200.00 | $0.00 | | $0.00 | FA |
| 6 | Tax Refund | $0.00 | $5,688.00 | | $5,688.00 | FA |

**TOTALS (Excluding unknown value)**                                                                              **Gross Value of Remaining Assets**

$4,930.00         $5,688.00                                        $5,688.00         $0.00

**Major Activities affecting case closing:**
   Tax Intercept.
   Request for status from IRS RE Tax Refund.
   Prepare TDR
   Distribution made per court order.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | 04/30/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

Case 11-48677  Doc 24  Filed 10/19/12  Entered 10/19/12 16:14:34  Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 6 of 7

Exhibit 9

| Case No. | 11-48677-JBS | | Trustee Name: | David Leibowitz |
| Case Name: | GARCIA, LUISA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3867 | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/2/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/18/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2012 | (6) | United States Treasury | Tax Refund. | 1224-000 | $5,688.00 | | $5,688.00 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.21 | $5,681.79 |
| 04/30/2012 | 3001 | Luisa Garcia | Entitled portion of tax refund. | 8100-002 | | $467.51 | $5,214.28 |
| 05/01/2012 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($6.21) | $5,220.49 |
| 06/29/2012 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,272.05 | $3,948.44 |
| 06/29/2012 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.00 | $3,947.44 |
| 06/29/2012 | 3004 | Heritage Pacific Financial, L.L.C. | Claim #: 1; Amount Claimed: 51,000.00; Amount Allowed: 51,000.00; Distribution Dividend: 7.74; | 7100-000 | | $3,947.44 | $0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **TOTALS:** | | | $5,688.00 | $5,688.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $5,688.00 | $5,688.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $467.51 | |
| | | **Net** | | | $5,688.00 | $5,220.49 | |

**For the period of 12/2/2011 to 10/18/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,688.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,688.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,220.49 |
| Total Non-Compensable Disbursements: | $467.51 |
| Total Comp/Non Comp Disbursements: | $5,688.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/05/2012 to 10/18/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,688.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,688.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,220.49 |
| Total Non-Compensable Disbursements: | $467.51 |
| Total Comp/Non Comp Disbursements: | $5,688.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 11-48677-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GARCIA, LUISA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3867 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/2/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/18/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,688.00 | $5,688.00 | $0.00 |

**For the period of 12/2/2011 to 10/18/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,688.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,688.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5,220.49 |
| Total Non-Compensable Disbursements: | $467.51 |
| Total Comp/Non Comp Disbursements: | $5,688.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/02/2011 to 10/18/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,688.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,688.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5,220.49 |
| Total Non-Compensable Disbursements: | $467.51 |
| Total Comp/Non Comp Disbursements: | $5,688.00 |
| Total Internal/Transfer Disbursements: | $0.00 |